UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT 16 AM 9: 56

'07 MJ 2469

BY: _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Horacio IBARRA-Lopez,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 15, 2007** within the Southern District of California, defendant, **Horacio IBARRA-Lopez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **OCTOBER 2007**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Horacio IBARRA-Lopez**

## PROBABLE CAUSE STATEMENT

On October 15, 2007, Border Patrol Agent K. Wies was assigned to the Imperial Beach Border Patrol Station area of operations. At approximately 7:30 A.M., Sector Communications notified him via service radio of a seismic intrusion device activation in an area known as "South Park". This area is approximately five miles west of the San Ysidro Port of Entry and approximately one mile north of the United States/Mexico international border. This area is commonly used by illegal immigrants to further their entry into the United States due to its close proximity to the United States/Mexico international border. Agent Wies responded to the location of the intrusion device and observed three individuals trying to conceal themselves in the brush. Agent Wies approached the group and immediately identified himself as a United States Border Patrol Agent and conducted an immigration inspection. One individual, later identified as the defendant **Horacio IBARRA-Lopez** freely admitted to being a citizen and national of Mexico without any documents that would allow him to legally enter or remain in the United States. Agent Wies arrested the defendant and the other individuals and had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **July 30, 2002** through **Laredo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico and that he was present in the United States without being in possession of any immigration documents that would allow him to enter or remain this country.

William McCurine Jr.
U. S. Magistrate Judge

10/16/07
Date/Time

James Trombley
Senior Patrol Agent