```
                                          FILED
                                     2007 OCT 30 AM 11:20


                                          _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    07 CR 2954    JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| HORACIO IBARRA-LOPEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about October 15, 2007, within the Southern District of California, defendant HORACIO IBARRA-LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

JJO:fer:San Diego
10/29/07

1  It is further alleged that defendant HORACIO IBARRA-LOPEZ, was
2  removed from the United States subsequent to February 11, 2000.
3  DATED: October 30, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney