FILED

NOV - 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2954-JAH |
| Plaintiff, ) | |
| v. ) | ORDER FOR ACCESS TO THE DEFENDANT |
| Horacio Ibarra-Lopez ) | |
| Defendants. ) | |

Defendant in this case is currently hospitalized and unable to appear in Court for an Initial Appearance per Fed. R. Crim. P. 5. In the interest of justice, the Court appoints attorney ROBERT A. GARCIA as counsel for defendant in this case. The Court further orders that counsel shall be granted reasonable access to meet with the defendant for consultation at the hospital or other facility where plaintiff is in custody and is housed for medical care and/or evaluation.

IT IS SO ORDERED.

Dated: 11/8/07

_____
United States Magistrate Judge

cc: All Counsel of Record

1