Robert A. Garcia, (SBN 102969)
Attorney at Law
185 West F Street, Suite 100
San Diego, CA. 92101
Phone: (619) 696-7881

Attorney for Defendant, Horacio Ibarra-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. 07CR2954-JAH** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF MOTION AND POINTS & AUTHORITIES FOR:**<br>1. Discovery;<br>2. Brady Material;<br>3. Jencks Material;<br>4. Attorney Voir Dire;<br>5. Leave for Additional Motions; |
| vrs. | ) | |
| HORACIO IBARRA-LOPEZ, | ) | |
| Defendant. | ) | **DATE: DEC. 10, 2007**<br>**TIME: 8:30 A.M.**<br>**COURT:**<br>**HON. JOHN A. HOUSTON,**<br>    **U.S. DISTRICT JUDGE** |

   To Assistant U.S. Attorney, Nicol A. Jones., please take notice that on Dec. 10, 2007, at 8:30 a.m., before the Honorable John A. Houston, defendant will ask the Court to grant the attached motions for Discovery, Brady Material, Jencks Material, Attorney Voir Dire, and Leave to File Additional Motions.

   The motions are based on the attached Points and Authorities.

   Respectfully submitted,

   s/s Robert A. Garcia             Dated: Nov. 26, 2007
   Robert A. Garcia, Esq.
   Attorney for Mr. Ibarra

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certificate of Service**

I, Robert A. Garcia, declare that by filing this Notice of Motion in Case Number 07cr2954-JAH, I also caused it to be served electronically on Nicole A. Jones, Assistant U.S. Attorney on Nov. 26, 2007.

Dated: Nov. 26, 2007          /s/ Robert A. Garcia