Robert A. Garcia, (SBN 102969)
Attorney at Law
185 West F Street, Suite 100
San Diego, CA. 92101
Phone: (619) 696-7881

Attorney for Defendant, Horacio Ibarra-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 07CR2954-JAH** |
| Plaintiff, ) | **POINTS & AUTHORITIES FOR:** |
| ) | 1. Discovery; |
| ) | 2. Brady Material; |
| vrs. ) | 3. Jencks Material; |
| ) | 4. Attorney Voir Dire; |
| ) | 5. Leave for Additional Motions; |
| HORACIO IBARRA-LOPEZ, ) | |
| ) | |
| Defendant. ) | **DATE: DEC. 10, 2007** |
| _____ ) | **TIME: 8:30 A.M.** |
| | **COURT:** |
| | **HON. JOHN A. HOUSTON,** |
| | **U.S. DISTRICT JUDGE** |

## **INTRODUCTION**

On October 30, 2007, Horacio Ibarra was charged in a one-count Indictment with being a deported alien found in the United States. He entered a not guilty plea and is in custody awaiting trial.

Government agents claim that on the night of October 15, 2007, at a point west of the San Ysidro Port of Entry a group of individuals was found hiding in the brush on the U.S. side of the border with Mexico.

Agents questioned defendant, Horacio Ibarra. After the questioning he was arrested and charged.

**Defendant Request Discovery**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the following documents, and items are requested:

1. All tape recorded statements of defendant, Mr. Horacio Ibarra, made on or after October 15, 2007;

2. Any prior criminal record of defendant;

3. The right to have defense counsel and or defense investigator, inspect all items seized from defendant at the time of arrest;

4. The summary of any expert witness testimony the government intends to use at trial under Federal Rules of Evidence 702, 703 or 705;

5. The right to inspect all original recordings that depict any act alleged in the Indictment, including any film or video of defendant entering or attempting to enter the United States on or about October 15, 2007;

6. The name, address, of each witness who saw or who was with defendant when defendant allegedly entered the United States on or about October 15, 2007;

7. The right to have defense counsel and/or defense counsel's investigator inspect and review defendant's immigration file, known as the "A" file.

Defendant requests that the Court make such orders continuing.

**BRADY MATERIAL REQUESTED**

The prosecutor has a duty to disclose all evidence favorable to the defendant that is material to guilt or punishment. <u>Brady v Maryland</u> 373 U.S. 83, 87 (1963).

The request is made for the following items under Brady:

Any witnesses criminal record;

Witness statements favorable to defendant;

Promises or consideration made by the government to any witness;

Evidence that any witness or law enforcement officer that who will testify, has filed false or inaccurate reports. U.S. v Henthorn 931 F.2d 29 (9th Cir. 1991);

Any evidence that any prospective government witness is biased or prejudiced against defendant, or any tort claims made by any government witness for defendant's alleged acts.

## JENCKS MATERIAL

All materials pursuant to the Jencks act is requested.

## ATTORNEY VOIR DIRE

The purpose of attorney voir dire is to discover any prejudice or bias a juror may have. Such a biased juror would taint defendant's right to a fair trial by an impartial jury.

Defendant requests 20 minutes of attorney voir dire in addition to those questions posed by the Court.

This request is consistent with defendant's Constitutional rights to due process and a fair trial.

## REQUEST TO FILE ADDITIONAL MOTIONS

Discovery is still continuing and so is the investigation of this case. Accordingly, leave to file additional motions is sought.

Respectfully submitted,

s/s Robert A. Garcia            Dated: Nov. 26, 2007
Robert A. Garcia, Esq.
Attorney for Mr. Ibarra

3

**Certificate of Service**

1. I, Robert A. Garcia, declare that by filing this Points and Authorities in Case Number 07cr2954-JAH, I also caused it to be served electronically on Nicole A. Jones, Assistant U.S. Attorney on Nov. 26, 2007.

Dated: Nov. 26, 2007        /s/ Robert A. Garcia