AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
FEB - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.

HORACIO IBARRA-LOPEZ,

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2954-JAH

I, HORACIO IBARRA-LOPEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-7-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

wvr 1325_2ct.wpd